No. 00–8024. DAVIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8028. DALY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8029. CALLOWAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8031. FRAZIER, AKA MOORE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 00–8032. GUERRERO-CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8034. HANNIBAL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–8035. HERNANDEZ-FAUSTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–8042. CHAPMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8046. SELBY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8053. EATON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–8054. COLEMAN v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 00–8064. CHAVEZ-IBARRA v. UNITED STATES; MORALES-BARCENAS v. UNITED STATES; IBARRA-VEGA v. UNITED STATES; SEQUEIRA-RUEDA v. UNITED STATES; and MALDONADO-FERNANDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 235 F. 3d 1342.

No. 00–8066. EADS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8071. MITCHELL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8072. VILLANEUVA MONROY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.